# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128850

HUNTINGTON LEASING COMPANY,
      Plaintiff/Counter-Defendant,

v

          SC: 128850
          COA: 250942
          Mason CC: 01-000068-CK

MANISTEE INTERMEDIATE SCHOOL
DISTRICT,
      Defendant/Counter-Plaintiff/
      Cross-Plaintiff-Appellee,

and

ROBERT C. TILMANN,
      Defendant/Cross-Defendant/
      Cross-Plaintiff-Appellee,

and

LOCAL INTERNET SERVICES,
      Defendant/Cross-Defendant,

and

LARRY E. KIVELA and MARK A. PEHRSON, P.C.,
      Defendants/Cross-Plaintiffs/
      Cross-Defendants-Appellants.
_____/

      On order of the Court, the application for leave to appeal the April 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

                    Clerk

d1121